THIS OPINION HAS 
 NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN 
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 239(d)(2), SCACR.
THE 
 STATE OF SOUTH CAROLINA
 In The Court of Appeals
 
 
 
 
 The State, Respondent,
 
 
 

v.
 
 
 
 
 Samuel Murdaugh, Appellant. 
 
 
 
 

Appeal 
 From Bamberg County
  William P. Keesley, Circuit 
 Court Judge

Unpublished Opinion 
 No. 2004-UP-287
 Submitted February 23, 2004 
  Filed May 3, 2004

APPEAL DISMISSED

 
 
 
 
 Assistant Appellate Defender 
 Tara S. Taggart, Office of Appellate Defense, of Columbia, for Appellant.
 Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant 
 Deputy Attorney General Donald J. Zelenka, all of Columbia; and Solicitor 
 Barbara R. Morgan, of Aiken, for Respondent.
 
 
 

PER 
 CURIAM:  Appellant pled guilty to murder and was sentenced to thirty years 
 in prison.  Pursuant to Anders v. California, 386 U.S. 738 (1967), Appellants 
 counsel attached a petition to be relieved.  Appellant has filed a pro se 
 response.    
After 
 a review of the record as required by Anders v. California, 386 U.S. 
 738 (1967), and State v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), 
 we hold there are no directly appealable issues that are arguable on their merits.  
 Accordingly, we dismiss this appeal and grant counsels petition to be relieved. [1]     
APPEAL 
 DISMISSED.
GOOLSBY, 
 HOWARD, and KITTREDGE, JJ., concur.   
 

 
 [1] We decide this case without oral argument pursuant 
 to Rule 215, SCACR.